**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **DAMIEN SHARELL HOWARD,** | * |
| Petitioner, | * |
| vs. | * CIVIL ACTION NO. 17-00196-JB-B |
| **CYNTHIA STEWART,** | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 29, 2019 (Doc. 20) is **ADOPTED** as the opinion of this Court.

**DONE** this 2nd day of December, **2019.**

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE